UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-60-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN BRODERICK | ORDER |

This matter is before the court on the government's motion to seal. (DE # 15.) The motion provides no basis for filing the subject document under seal. The motion to seal is DENIED. In accordance with Local Criminal Rule 55.2(b)(3), if the government desires the court to consider the proposed sealed document, it shall file said document as a public document within three days.

This 18 March 2015.

_____
W. Earl Britt
Senior U.S. District Judge